1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Paul Allen Smith

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 PAUL ALLEN SMITH,              ) Case No.: 5:15-cv-02155-GJS
                                  )
12         Plaintiff,              ) [~~PROPOSED~~] ORDER AWARDING
                                  ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                         ) ATTORNEY FEES AND EXPENSES
                                  ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting     ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,) U.S.C. § 1920
15                                )
         Defendant                )
16                                )
   _____ )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $4,500.00 as

21 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

22 DATE:   July 29, 2016

23                                  _____
                                    GAIL J. STANDISH
24                                  UNITED STATES MAGISTRATE JUDGE

25

26

-1-